Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Richmond Division

RECEIVED
JUL 16 2024
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Case No. 3:24cv516
(to be filled in by the Clerk's Office)

Mr. DERRELL T. Johnson
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

BEYONCE CARTER, Jeff Bezos, DAMOND T Hamlett
(Singer)     *Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DERRELL T Johnson |
| Street Address | 2134 Elkridge Lane |
| City and County | Henrico |
| State and Zip Code | Virginia 23223 |
| Telephone Number | 804-454-6685 |
| E-mail Address | JohnsonDerrell913@Gmail.com |

    **B.   The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Beyonce Knowles-Carter
- Job or Title (if known): Singer / CEO Parkwood Productions
- Street Address: 1412 Broadway Blvd
- City and County: New York
- State and Zip Code: New York 10018
- Telephone Number: Unknown
- E-mail Address (if known): Unknown

Defendant No. 2
- Name: Jeff Bezos
- Job or Title (if known): Founder of Amazon
- Street Address: Unknown
- City and County: —
- State and Zip Code: —
- Telephone Number: —
- E-mail Address (if known): —

Defendant No. 3
- Name: Damond Terrell-Hamlett
- Job or Title (if known): Drive Trucks
- Street Address: Unknown
- City and County: Richmond (Chester, VA)
- State and Zip Code: 23860
- Telephone Number: Unknown
- E-mail Address (if known): Unknown

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s) ~~Mrs. Beyonce Knowles-Carter, Mr. Jeff Bezo~~

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Mr. Derrell T. Johnson , is a citizen of the State of *(name)* Virginia .

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* None , is incorporated under the laws of the State of *(name)* ,
   and has its principal place of business in the State of *(name)* .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Beyonce Knowles-Carter , is a citizen of the State of *(name)* Houston Texas / Newyork, NY . Or is a citizen of *(foreign nation)* N/A .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) Jeff Bezos (Amazon Founder), is incorporated under the laws of the State of (name) Unknown, and has its principal place of business in the State of (name) Unknown.
Or is incorporated under the laws of (foreign nation) Unknown, and has its principal place of business in (name) Amazon.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): Beyonce 7 million, Jeff Bezos 7million Dollars; Damond T. Hamlett 7million Each.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Damond T. Hamlett stole my Mail from my Grandmother House, That included my Smart-Time Invention. My mother Helen C. Hamlett Attended Morgan State University 1977-1980, with Beyonce mother Tina Knowles. Damond partnered with Beyonce Knowles in 2017, And my Mail was stolen 2014. My Brand was Damaged when she Re-Named my Invention "Demon Time", Invention Theft/copyright infringement, False Advertisement once Beyonce Remixed "My Name".

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I File for 1 Billion Each, Because Time is Money and 2014 my idea was stole and They Damaged my invention by Renaming it A SEX Name: Demon Time. False Advertisement by Beyonce Knowles-Carter, And I mailed Home A poorman Copy-right To my Grandmother Nancy Hamlett, Damond T. Hamlett stole The Pink envelope with my One Time Design invention, I invented 9 More Time Designs Since 2014-2024. 1 Billion Each, for The Suit of 100 Billion Dollars.

Page 4 of 5

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.   **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing:   7-16-24

   Signature of Plaintiff      D. Johnson
   Printed Name of Plaintiff   DERRELL T. Johnson

   B.   **For Attorneys**

   Date of signing:

   Signature of Attorney
   Printed Name of Attorney
   Bar Number
   Name of Law Firm       Court Appoint
   Street Address         2134 Elkridge Lane
   State and Zip Code     Henrico VA 23223
   Telephone Number       804-454-6685
   E-mail Address         Johnson Derrell 913 aT g-mail . com

II. Basic for Juridiction

B. If The Basis for Juridiction is Diversity of Citizenship

2. The Defendants

 c. If the Defendant: Damond T. Hamlett 8-25-1976  Richmond, VA / Chester, VA 23860 is in the United States of America. He stole my mail 2015